# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-3733

_____

United States of America

*Plaintiff - Appellee*

v.

John C. Gundersen, Jr.

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Western

_____

Submitted: May 23, 2024
Filed: May 31, 2024
[Unpublished]

_____

Before SMITH, BENTON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

John Gundersen appeals after the district court[1] revoked his supervised release and sentenced him to 18 months in prison. His counsel has requested leave to

_____

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.

withdraw, and has filed a brief challenging the substantive reasonableness of the revocation sentence.

Upon careful review, we conclude that the sentence was not unreasonable, as there is no indication that the district court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors, see United States v. Miller, 557 F.3d 910, 917 (8th Cir. 2009) (substantive reasonableness of revocation sentence is reviewed under deferential abuse-of-discretion standard), and the sentence was below the statutory limit, see 18 U.S.C. § 3583(e)(3).

Accordingly, we grant counsel's motion to withdraw, and affirm.

_____